```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                         :    Chapter 11
                                                               :
Tykarah Infant and Toddler, LLC                                :    Subchapter V
d/b/a Mindful Munchkins Academy,                               :
                                                               :    Case No. 24-22723-SHL
                                             Debtor.           :
---------------------------------------------------------------X
```

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Yann Geron, Esq.**
**Subchapter V Trustee**
**c/o Geron Legal Advisors LLC**
**370 Lexington Avenue, Suite 1101**
**New York, NY 10017**
**(646) 560-3224**
ygeron@geronlegaladvisors.com

The Subchapter V trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: August 19, 2024
       New York, New York

                                    WILLIAM K. HARRINGTON
                                    UNITED STATES TRUSTEE, REGION 2

                            By:     /s/ Annie Wells
                                    Annie Wells, Esq.
                                    Trial Attorney
                                    Office of the United States Trustee
                                    Alexander Hamilton U.S. Custom House
                                    One Bowling Green
                                    New York, NY 10004
                                    Tel. (212) 510-0500