# The Law Office of James J. Rufo

**1133 Westchester Avenue, Suite N-202 • White Plains, New York 10604**
**Phone (914) 600-7161 • Cell (845) 590-5187 • www.nybkattorney.com**

August 19, 2024

**VIA ECF**
Hon. Kyu Young Paek
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

**Re**: In re: Tykarah Infant and Toddler Daycare, LLC d/b/a Mindful Munchkins Academy, Chapter 11 Subchapter V, Case No. 22-22723 (SHL)
**Notice of Withdrawal of Motion to Shorten Time**

Dear Judge Peak:

The Law Office of James J. Rufo is the proposed attorney for the debtor and debtor-in-possession Tykarah Infant and Toddler Daycare, LLC d/b/a Mindful Munchkins Academy (the "Debtor") in the above referenced Chapter 11 Subchapter V Case. On August 16, 2024, the Debtor filed a Motion to Shorten Time (the "Motion") at ECF No. 7.

Please accept this correspondence as confirmation that the Debtor hereby withdraws the Motion.

Thank you.

Very sincerely yours,

*/s/ James J. Rufo*
James J. Rufo, Esq.
*Proposed Attorney for the Debtor*